# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED IN OPEN COURT:

DATE: 10-5-5

TIME: 9:39 AM

INITIALS: E

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 05-20338-D |
| KENNETH TODD FREEMAN, | |
| Defendant. | |

## ORDER ON ARRAIGNMENT

This cause came to be heard on October 5, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: Paul Guibao

ADDRESS: _____

TELEPHONE: _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

S. Thomas Anderson
United States Magistrate Judge

Charges: assaulting a flight attendant

Assistant U.S. Attorney assigned to case: Godwin

The defendant's age is: n/a.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20338 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Paul Kellison Guibao
COPELAND & GUIBAO
242 Poplar Ave.
Memphis, TN 38103

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT